IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| O. P. HOLLIS, #075404, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | CASE NO. 2:03cv1096-MEF |
| JERRY FERRELL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

_____

| | | |
|---|---|---|
| O. P. HOLLIS, #075404, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:05cv812-MEF |
| | ) | |
| JERRY FERRELL, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

# **ORDER**

On April 4, 2006, the Magistrate Judge filed a Recommendation (Doc. # 27) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED and ADJUDGED that the petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

Done this the 28th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE